# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2025

## NO. 03-24-00484-CV

**Demetrius T. Crockett, Appellant**

**v.**

**Jesus M. Salinas, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
### AFFIRMED -- OPINION BY JUSTICE ELLIS

This is an appeal from the judgment signed by the trial court on July 1, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. No costs of appeal shall be assessed in this Court or in the court below.